UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NAIRA GHORKHMAZYAN,

     Plaintiff,

v.

MARKWAYNE MULLIN et al.,

     Defendants.

Case No. 2:26-cv-03457-SB-PVC

ORDER RE STIPULATION

     The parties have filed a joint stipulation providing the relief Plaintiff sought in her emergency application for a temporary restraining order (TRO)—an agreement that Defendants "will not arrest, detain, remove, or initiate removal proceedings against Plaintiff . . . at, near, in the vicinity of, or in connection with her adjustment of status interview on April 3, 2026"—along with other related agreements.  Dkt. No. 13.  Accordingly, as agreed by the parties, "the Joint Stipulation is approved and shall be binding on the parties and their officers, agents, employees, and all persons acting in concert with them."  Dkt. No. 13-1 at 1.

     Pursuant to the stipulation, Plaintiff's application for a TRO is withdrawn as moot.  Because Plaintiff's complaint is wholly focused on the threat of arrest at her April 3 interview, it appears that the stipulation moots her claims, which in any event would be moot after the interview.  Accordingly, no later than April 6, 2026, Plaintiff shall file either a voluntary dismissal of this action or a declaration showing cause why it should not be dismissed without prejudice as moot.

Date: April 2, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1