UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAIRA GHORKHMAZYAN,<br><br>       Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>       Defendants. | Case No. 2:26-cv-03457-SB-PVC<br><br><br>ORDER OF DISMISSAL |

On April 2, the Court approved the parties' stipulation providing the relief Plaintiff sought in this case.  Dkt. No. 14.  The Court noted that "[b]ecause Plaintiff's complaint is wholly focused on the threat of arrest at her April 3 interview, it appears that the stipulation moots her claims, which in any event would be moot after the interview," and ordered Plaintiff no later than April 6 to either voluntarily dismiss this action or file "a declaration showing cause why it should not be dismissed without prejudice as moot." *Id*. at 1.  Plaintiff did neither. As the Court previously noted, this case appears to be moot both because Plaintiff has received the requested relief and because her interview date has now passed. Plaintiff has not shown cause why the case should not be dismissed without prejudice as moot.  Rather than pursue Plaintiff's failure to comply with the April 2 order, the Court therefore dismisses this action without prejudice as moot.  If any party objects to the dismissal, he or she may file an objection, supported by authority showing that the case is not moot, no later than April 13, 2026.

A final judgment will be entered separately.

Date: April 8, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1