JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

NAIRA GHORKHMAZYAN,

     Plaintiff,

v.

MARKWAYNE MULLIN et al.,

     Defendants.

Case No. 2:26-cv-03457-SB-PVC

FINAL JUDGMENT

     For the reasons stated in the separate order of dismissal filed this day, Plaintiff's claims are dismissed without prejudice as moot.

     This is a final judgment.

Date: April 8, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge